# LAW OFFICE OF
# RICHARD E. SIGNORELLI

## ATTORNEY AT LAW

52 Duane Street, 7th Floor, New York, New York  10007

Telephone:  (212) 254-4218   Cellular: (917) 750-8842   Facsimile: (212) 254-1396

rsignorelli@nycLITIGATOR.com℠

richardsignorelli@gmail.com

www.nycLITIGATOR.com℠

November 7, 2019

<u>Filing and Service Via ECF</u>
Honorable Roslynn R. Mauskopf
Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   <u>Bunn v. City of New York, et al.</u>
           19 CV 4667 (RRM) (RLM)

Dear Judge Mauskopf and Judge Mann:

      We are the attorneys for Louis Scarcella, a defendant in the above-referenced case. In connection with the motion filed by the City on November 6, 2019, to which Chief Magistrate Judge Mann has directed the plaintiff to respond by November 12, 2019, I write to respectfully inform the Court and counsel for the plaintiff that we join in this motion in all respects including (1) responding to the amended complaint by January 24, 2020, and (2) an order compelling plaintiff to timely provide the defendants with a release pursuant to CPL § 160.05 reasonably before that date so that relevant records from the underlying criminal case may be reviewed prior to answering or otherwise responding to the amended complaint recently filed in this case. Thank you.

                                        Respectfully submitted,

                                        /s/ Richard E. Signorelli
                                        /s/ Bryan Ha

                                        Richard E. Signorelli
                                        Bryan Ha