

Rob Rickner | rob@ricknerpllc.com

July 13, 2020

**Via ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Bunn v. City of New York, et al.*, 19 CV 4667 (RRM) (RLM)

Dear Judge Mann,

We, along with Glenn A. Garber, P.C. represent Plaintiff John Bunn in the above-captioned action, and we write to provide an update regarding settlement, pursuant to this Court's direction in a minute order entered on April 14, 2020.

Plaintiff has submitted an initial settlement demand, which the City of New York is taking under consideration, and the City is waiting for responses to several subpoenas they served for medical records.

The parties do believe that a court-assisted mediation would be beneficial, but the parties are not yet ready to engage in those settlement discussions. Thus, we ask that a settlement conference be scheduled for the week of September 21st, which will give the City the time it needs to finish its evaluation. The parties believe that handling this conference over Zoom, or an equivalent service, would be best, but if the Court wants an in-person settlement conference, counsel for Defendant Louis Scarcella asks that they be allow to participate by phone.

Respectfully,

   /s/

Rob Rickner