# GLENN A. GARBER, P.C. <span style="font-size:smaller">233 BROADWAY, SUITE 2370, NEW YORK, NY 10279</span>

ATTORNEYS AT LAW

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

October 23, 2020

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Bunn v. City of New York, et al.*, 19 CV 4667 (RRM) (RLM)

Dear Judge Mann,

I, along with Rickner, PLLC, represent Plaintiff John Bunn in the above-captioned action. We write jointly with defense counsel for the City of New York and the individual Defendants to provide an update regarding settlement discussions and to request an extension for fact discovery.

Plaintiff and the City have been in contact since the October 16, 2020 settlement conference and are actively engaged in settlement negotiations. These parties have moved substantially from their previous positions and we are cautiously optimistic that we can reach an agreement, which would include a global resolution.

As to discovery, essentially all paper discovery has been exchanged. But depositions have not yet ensued. The delays have come because counsel have been working remotely and given the pandemic and health risks of at least one of the attorneys, there has been a reluctance to engage in in-person depositions. However, the parties are now resigned to conducting virtual depositions if the pandemic does not abate soon.

The deadline for non-*Monell* fact discovery is October 30, 2020. It was extended once before from October 2 to October 30.

It is requested that non-*Monell* fact discovery be extended for 90-days, until January 28, 2021, and that the deadline for *Monell* discovery be determined after non-*Monell* fact discovery is completed.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

cc:    All counsel via ECF