# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW
TEL: 212-965-9370   FAX: 212-965-9375
[WWW.GLENNGARBER.COM](WWW.GLENNGARBER.COM)

November 16, 2020

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Bunn v. City of New York, et al.*, 19 CV 4667 (RRM) (RLM)

Dear Judge Mann,

The parties write pursuant to your Order dated October 26, 2020 to advise that in principle a global settlement has been reached. We thus request a 30-day stay to enable the parties to finalize the settlement paperwork and submit it to the Court.

Thank you for your consideration.

Respectfully,

Glenn A. Garber

cc:    All counsel via ECF